# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: ___Ruston_____ v. ~~Bureau of Alcohol, Tobacco & Firearsm~~

Civil Action No. _____

    I, __Lester Jon Ruston_____ # _26834-177_____, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

    (a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

    (b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

    I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

    If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

    By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

## 05 2314
# FILED

DEC 0 1 2005

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**



**Inmate Inquiry**

🖨 **PRINT**

| | | | |
|---|---|---|---|
| Inmate Reg #: | 26834177 | Current Institution: | Springfield MCFP |
| Inmate Name: | RUSTON, LESTER | Housing Unit: | MHU-FOR |
| Report Date: | 10/13/2005 | Living Quarters: | F01-208L |
| Report Time: | 2:31:03 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9579 |
| FRP Participation Status: | Unassigned |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 10/12/2004 |
| Local Account Activation Date: | 5/27/2005 3:51:40 AM |

| | |
|---|---|
| Sort Codes: | |
| Last Account Update: | 10/13/2005 2:08:52 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.14 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.14 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.14 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.14 |

Inmate Qualifies for OTC Medication

This Inmate is Indigent

# Commissary History

## Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: No Comm Sales

## SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

## Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

# Commissary Restrictions

## Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

## Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

# Comments

## Comments: