IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA CIRCUIT

FILED
DEC 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LESTER JON RUSTON,
    Complainant,

vs.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
    Respondent,

Appeal No. 05-2640

Request No. 05-1379

05 2314

PETITION FOR JUDICIAL REVIEW TITLE 5 U.S.C. § 552(A)(4)(b)

Comes now, Complainant/Requester, and files this, his request for judicial review of the denial of an F.O.I.A. request, and would show as follows:

I.

That on or about September 26, 2005, the Office of Information and Privacy affirmed the action of the AFT in refusing to confirm or deny the existence of the records requested by Complainant. Said denial was improper and affirmation is also improper. Information has been requested on a Joanna Shropshire, whom has engaged in criminal acts against the requester while allegedly in the employ of the ATF in Dallas, Texas. An individual engaging in criminal activity has no expectation of privacy as ruled in this matter. Further, there is an overriding public interest in this information as Shropshire was paid with taxpayers funds, aided and abetted a conspiracy to misappropriate taxpayers funds with the Plano Independent School District and has conspired to stalk the requester, file false police reports against the requester and aid and abett State of Texas and Federal crimes perpetrated against the requester by Plano I.S.D. and their McKinney, Texas lawfirm, on the record in the civil matter Plano I.S.D. v. Ruston, 380-786-98 in District Court 380, Collin County, Texas. The public has an overriding interest to be protected from such crimes and have the knowledge that the Federal Government are obstructing justice in this matter.

Wherefore, premises considered, Complainant/Requester Lester Jon Ruston does file this Petition for Judicial Review pursuant to Title 5 U.S.C. § 552(a)(4)(B).

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65806-4000

4

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the office of the Clerk of the Court on this 8th day of October, 2005, by regular U.S. Mail. I am an indigent inmate and request assistance with service in this matter.

*Return To Sender 10-12-05*

*Returned To Court 10-16-05*

*MK*

Lester Jon Ruston

AFFIDAVIT

My name is Lester Jon Ruston. I am over the age of 18 and am competent to make the following declaration. I am the requester in Request No. 05-1379 to the Bureau of Alcohol, Tobacco, Firearms and Explosives. Affiant is the appellant in appeal no. 05-2640 to the Office of Information and Privacy.

Richard L. Huff of the O.I.P. has ruled to affirm their refusal to confirm or deny the existence of records on an employee named Joanna Shropshire, last known address 4804 Haverwood Lane #921, Dallas, Texas 75287 as of May 1998. Affiant lived in apartment #912 during this time at the same street address.

Affiant has evidence and probable cause to believe Shropshire was "planted" in this apartment to "stalk" the Affiant by Keith Sockwell V, the former Deputy Superintendent of the Plano Independent School District in retaliation for complaints filed against their staff by Affiant and to attempt to "blackmail" Affiant, the modus operandi of Sockwell.

Affiant is a skilled and trained private investigator and works with the Dallas Police Department on a regular basis. The Dallas Police Department have provided Affiant evidence to two false police reports made during May of 1998 by Shropshire, shortly before she quickly moved out of these apartments. Her move followed Affiant's allegations to Sockwell that he had planted her in apartment to "stalk" and "spy" on him.

Copies of her false police reports were given to F.B.I. Special Agent E. Danielle Aleman of the Dallas Bureau, along with a complaint for "stalking" and "conspiracy" with Sockwell. Affiant found Shropshire in a parking lot with a male accomplice, her "roomate" at which time she was wearing an "ATF" T-shirt.

Affiant contacted the ATF's Dallas Office and asked if they had an employee by this name. A switchboard operator confirmed that they had a "secretary" by this name listed.

All allegations of fact contained herein are true and correct, a matter of State and Federal records, sworn to under penalty of perjury with affiant's signature affixed pursuant to Title 28 U.S.C. § 1746. Further, Affiant sayeth naught:

Lester Jon Ruston-Declarant