```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON                )
REGISTER NO. 26834-177           )
MEDICAL CENTER FOR FEDERAL       )
  PRISONERS                      )
POST OFFICE BOX 4000             )
SPRINGFIELD, MO  65801,          )
                                 )
      Plaintiff,                 )
                                 )
      v.                         )    Civil Action No. 05-2314 (RMU)
                                 )
BUREAU OF ALCOHOL, TOBACCO,      )
FIREARMS AND EXPLOSIVES          )
650 MASSACHUSETTS AVENUE, NW.    )
WASHINGTON, DC  20226-0001,      )
                                 )
      Defendant.                 )
_____)
```

## PRAECIPE

The Clerk of said Court will please enter the appearance of Joshua T. Raines as principal counsel for defendant in the above-captioned civil action.

```
                              _____
Dated:  December 19, 2005     JOSHUA T. RAINES
                              Attorney-Advisor
                              United States Department of Justice
                              Office of Information and Privacy
                              Flag Building, Suite 570
                              Washington, DC  20530-0001
                              (202) 307-3997

                              Counsel for Defendant
```