IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA DISTRICT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Case Number 1:05-CV-2314 RMU |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | § | |
| Defendants, | § | |

MOTION FOR APPOINTMENT OF COUNSEL AND MEMORANDUM IN SUPPORT

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion for Appointment of Counsel and Memorandum in Support, and would show the Honorable Court the following, to wit:

I.

Said civil matter is a Freedom of Information case that involves unique issues. The factual complexity of the case, the ability of the plaintiff, who is an indigent civil detainee, to present the facts and investigate the matter, the existence of conflicting testimony, justify the appointment of counsel to assist in this matter. Said allegations of fact contained herein, regarding Joanna Shropshire and the crimes she is alleged to be associated with have resulted in the loss of human life and the misappropriation of a large sum of taxpayers funds. Moore v. Mabus, 976 F.2d 268 (5th Cir.).

RECEIVED
DEC 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

II.

The merits of this case, if proved, will show a conspiracy to aid and abett organized criminal acts by Federal Officials, a criminal violation of Title 18 U.S.C. § 2. In the interest of justice, Plaintiff should be allowed to have a competent attorney to investigate the serious issues presented. Plaintiff is an indigent inmate, and is currently fighting to prevent an attempted "railroad" by the Justice Department, to aid and abett the attempted murder of Plaintiff in May

-1-

of 2004. The Federal Public Defenders Office in Dallas, Texas are aiding and abetting this crime, and have engaged in wanton and willful legal malpractice and fraud, which have resulted in Plaintiff's civil commitment to the Springfield, Missouri Medical Center for Federal Prisoners (see Ruston v. United States, 05-3243-CV-S-RED-P Western District of Missouri, Southern Division). Plaintiff has had no legal assistance in any manner for the entire 1½ years of his unlawful incarceration, in violation of the 6th Amendment to the U.S. Constitution.

    Wherefore, premises considered, and in the interest of justice, Plaintiff does move the Honorable Court to GRANT this Motion and appoint counsel to assist the Plaintiff in the litigation of this matter.

                                                     Respectfully Submitted,

                                                   Lester Jon Ruston #26834-177
                                                   P.O. Box 4000
                                                   Springfield, Missouri 65801

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 26th day of December, 2005, by regular U.S. Mail. Plaintiff is an indigent inmate and does respectfully request assistance with service, pursuant to the Fed.R.Civ.Pro.

                                                                                Les J. Ruston

## AFFIDAVIT

    My name is Lester Jon Ruston. Affiant is the Plaintiff in the above numbered and styled cause of action. All allegations of fact contained herein are true and correct and a matter of State of Texas and Federal Records, sworn to under penalty of law with Affiant's signature affixed, pursuant to rule 65 Fed.R.Civ.Pro. and Title 28 U.S.C. § 1746.

                                                                                 Declarant

                             Lester Jon Ruston 12/14/05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA DISTRICT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Case Number 1:05-CV-2314 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | § | |
| Defendants, | § | |

MEMORANDUM

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Memorandum in support of his Motion for Appointment of Counsel, and would show the Honorable Court as follows:

FACTS

Plaintiff is the Defendant in Plano I.S.D. v. Ruston, 380-786-98, in District Court 380, Collin County, Texas, a very "public" civil litigation matter. The issue of Joanna Shropshire's involvement in this matter is on record in this case, and in records provided to F.B.I. Special Agent E. Danielle Aleman of the Dallas Bureau of the F.B.I. alleging conspiracy to invade the privacy of Plaintiff by Plano I.S.D. by and through Shropshire.

Shropshire's false police reports were provided by Lt. Larry Wesson of the Dallas Police Department and Plaintiff's "stalking" complaint was provided to Lt. Alan Bull of the Dallas Police Department, plus filing a false police report complaint.

Federal complaints were repeatedly filed by the Plaintiff, regarding Plano I.S.D. to John Dillon III, Special Agent of the Plano Bureau of the F.B.I., which he ignored. Said failure to act on the criminal allegations against Plano I.S.D. and their "lawfirm", Abernathy, Roeder, Boyd and Joplin of McKinney, Texas resulted in the deaths of Craig Fugate of North Dallas-Plano I.S.D. and Brent Austin of Plano-Plano I.S.D., both directly resulting from harassment by the School District. Plaintiff's son attempted suicide, due to the actions of Plano I.S.D. and their alleged

stalker, Joanna Shropshire, allegedly a "secretary" for the Bureau of Alcohol, Tobacco, Firearms and Explosives in Dallas, while engaged in State of Texas and Federal crimes.

The ATF has refused to confirm or deny her employment, which constitutes an allegation of conspiracy to aid and abett, in criminal violation of Title 18 U.S.C. §§ 2 & 1511. Said allegations, if true, justify the appointment of counsel to assist Plaintiff and gather the records quoted within, and the appointment of "Special Counsel" to investigate the obstruction of justice by the officials of the ATF.

All allegations of fact contained herein are true and correct to the best of Plaintiff's knowledge and State of Texas and Federal Records. Further, Plaintiff has probable cause to believe the Plano I.S.D. misappropriated taxpayers funds through a company called "Consolidated Incorporated" to pay Shropshire and her male "roomate" for their acts of stalking. Plaintiff is a skilled and trained private investigator and reported this crime to the Criminal Investigative Unit of the I.R.S. as Plaintiff has probable cause to believe Shropshire failed to report this illegal income on her Federal income tax returns, and aided and abetted David Hamilton and Jack Boles Services of Dallas, Texas in a conspiracy to commit income tax evasion and fraud against the Small Business Administration (see Ruston v. Jack Boles Service, Precinct One, Place One, Dallas County, Texas small claims litigation court, Honorable Albert B. Cercone, presiding and "witness").

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on the 26th day of December, 2005, by regular U.S. Mail.

Les J. Ruston