UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON §
REGISTER NO. 26834-177 §
MEDICAL CENTER FOR FEDERAL PRISONERS §
P.O. BOX 4000 §
SPRINGFIELD, MISSOURI 65801 §
　　　　　　　　　　　　　　　　　　　　§
　　　Plaintiff, §
　　　　　　　　　　　　　　　　　　　　§
vs. § Civil Action No. 05-2314 (RMU)
　　　　　　　　　　　　　　　　　　　　§
BUREAU OF ALCOHOL, TOBACCO, FIREARMS §
AND EXPLOSIVES §
650 MASSACHUSETTS AVENUE, N.W. §
WASHINGTON, D.C. 20226-0001, §
　　　　　　　　　　　　　　　　　　　　§
　　　Defendant, §

MOTION FOR RULE 26(F) CONFERENCE

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion for a Rule 26(f) Conference, and would show the Honorable Court as follows:

I.

Pursuant to Rule 26 Fed.R.Civ.P. the Plaintiff has a right to a "conference" to set a discovery plan. Said issues involve alleged serious allegations of the violations of State of Texas and Federal laws by the Defendants, therefore, in the interest of justice, Plaintiff moves for a timely conference.

Wherefore, premises considered, Plaintiff does move the Honorable Court to GRANT this Motion and set matter for conference at the court's earliest convenience.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　Lester Jon Ruston #26834-177
　　　　　　　　　　　　　　　　　P.O. Box 4000
　　　　　　　　　　　　　　　　　Springfield, Missouri 65801
　　　　　　　　　　　　　　　　　Pre-trial detainee (not a criminal)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served upon the clerk of the court and the defendant(s), by and through counsel at the address listed below, on the 28th day of December, 2005, by regular First Class U.S. Mail:

>Joshua T. Raines, Esq.
>Office of Information and Privacy
>United States Department of Justice
>Flag Building, Suite 570
>Washington, D.C. 20530-0001
>
>_____
>Lester Jon Ruston