```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,              )
                                )
     Plaintiff,                 )
                                )
     v.                         )  Civil Action No. 05-2314 (RMU)
                                )
BUREAU OF ALCOHOL, TOBACCO,     )
  FIREARMS AND EXPLOSIVES,      )
                                )
     Defendant.                 )
                                )
```

## ANSWER

Defendant, by its undersigned attorneys, hereby answers the Complaint as follows:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) is not a proper party defendant.

## THIRD DEFENSE

The Complaint fails to name a proper party defendant.

## FOURTH DEFENSE

In response to the numbered and unnumbered paragraphs of the Complaint, defendant admits, denies, or otherwise avers as follows:

Unnumbered paragraph: This paragraph, which appears under the heading "PRELIMINARY STATEMENT," consists of plaintiff's characterization of the action, which does not require an answer,

- 2 -

but insofar as an answer may be deemed required, deny.

    1.   This paragraph consists of plaintiff's allegation of jurisdiction, which does not require an answer, but insofar as an answer may be deemed required, deny.

    2.   This paragraph consists of plaintiff's further allegation of jurisdiction, which does not require an answer, but insofar as an answer may be deemed required, deny.

    3.   First sentence:  Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted, except to aver that plaintiff, Lester Jon Ruston, currently is housed at the Federal Medical Center for Prisoners in Springfield, Missouri.  Second sentence, first clause:  Deny, as a conclusion of law.  Second sentence, second clause:  Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

    4.   Deny, except to aver that the United States Department of Justice is an agency within the executive branch of the United States Government, and that ATF is a component of the United States Department of Justice.

    5.   First sentence:  Deny, except to aver receipt of a letter from plaintiff to ATF dated July 5, 2005, and to which the Court is respectfully referred for a complete and accurate statement of its contents.  Second sentence:  Deny, except to aver transmittal of a letter from ATF to plaintiff dated August

- 3 -

8, 2005, a copy of which is attached to the Complaint as Exhibit "C," and to which the Court is respectfully referred for a complete and accurate statement of its contents.

6. First clause: Deny, except to aver receipt of a letter from plaintiff to the United States Department of Justice, Office of Information and Privacy (OIP), dated August 15, 2005, to which the Court is respectfully referred for a complete and accurate statement of its contents. Second clause: Deny, except to aver transmittal of a letter to plaintiff from OIP dated September 26, 2005, a copy of which is attached to the Complaint as Exhibit "D," and to which the Court is respectfully referred for a complete and accurate statement of its contents.

7. First sentence, first clause: This clause consists of plaintiff's prayer for relief, which does not require an answer, but insofar as an answer may be deemed required, deny. First sentence, second clause: Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. Second, third, and fourth sentences: Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. Fifth sentence: Deny, as a conclusion of law. Sixth sentence, first clause: Deny, as a conclusion of law. Sixth sentence, second and third clauses: Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. Seventh, eighth,

- 4 -

and ninth sentences:  Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

    8.  First sentence, first clause:  This clause contains plaintiff's request for "appointment of 'Special Counsel,'" which does not require an answer, but to the extent that an answer may be deemed required, deny.  First sentence, second clause:  Deny, as a conclusion of law.  Second sentence:  Deny, as conclusions of law.

    9.  This paragraph consists of plaintiff's prayers for relief, which do not require answers, but to the extent that answers may be deemed required, deny.

    10.  This paragraph consists of plaintiff's request for costs and fees, which does not require an answer, but to the extent that an answer may be deemed required, deny.

    In response to the "AFFIDAVIT" following plaintiff's certificate of service and attached to the Complaint as Exhibit "A," defendant asserts that this is not part of the Complaint and does not require an answer, but insofar as an answer may be deemed required, deny.

    Each and every allegation not heretofore expressly admitted or denied is denied.

    Defendant denies that plaintiff is entitled to the relief prayed for or to any relief whatsoever.

- 5 -

WHEREFORE, defendant, having fully answered, respectfully asks that this action be dismissed with prejudice and that defendant be granted its costs.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
(D.C. Bar #451058)
United States Attorney

_____
R. CRAIG LAWRENCE
(D.C. Bar #171538)
Assistant United States Attorney

_____
Dated: January 3, 2006    JOSHUA T. RAINES
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530-0001
(202) 307-3997