UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,                )
                                  )
        Plaintiff,                )
                                  )
        v.                        )    Civil Action No. 05-2314 (RMU)
                                  )
BUREAU OF ALCOHOL, TOBACCO,       )
    FIREARMS AND EXPLOSIVES,      )
                                  )
        Defendant.                )
_____     )

DEFENDANT'S OPPOSITION TO
PLAINTIFF'S "MOTION FOR RULE 26(f) CONFERENCE"

Plaintiff commenced this action on November 18, 2005, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2000 & Supp. II 2002), seeking the release of any records concerning a Ms. Joanna Shopshire that may be maintained by the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

In a motion served on December 28, 2005, plaintiff asserts that, pursuant to Federal Rule of Civil Procedure 26(f), he "has a right to a 'conference' to set a discovery plan," and he moves the Court to set such a conference. Plaintiff's "Motion for Rule 26(f) Conference," filed Dec. 29, 2005, at 1. However, plaintiff is mistaken concerning his asserted "rights." Pursuant to Local Rule 16.3(b)(3), (9), actions "brought without counsel by a person in custody of the United States, a state, or state subdivision," as well as "FOIA actions," are expressly exempted from the requirements of Rule 26(f). Therefore, there is no basis for plaintiff's motion.

- 2 -

<u>Conclusion</u>

For the foregoing reasons, defendant respectfully requests that plaintiff's "Motion for Rule 26(f) Conference" be denied.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
(D.C. Bar #451058)
United States Attorney


_____
R. CRAIG LAWRENCE
(D.C. Bar #171538)
Assistant United States Attorney


_____
Dated:  January 11, 2006        JOSHUA T. RAINES
                                Attorney-Advisor
                                Office of Information and Privacy
                                United States Department of Justice
                                Flag Building, Suite 570
                                Washington, D.C.  20530-0001
                                (202) 307-3997