UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2314 (RMU) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, | ) |
| FIREARMS AND EXPLOSIVES, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of plaintiff's "Motion for Rule 26(f) Conference," of defendant's opposition thereto, and of the entire record herein, and it appearing to the Court that the denial of plaintiff's motion, pursuant to Rule 26(a)(1)(E) of the Federal Rules of Civil Procedure and Local Rule 16.3(b)(3), (9), would be just and proper, it is by the Court this _____ day of _____ 2006,

ORDERED that plaintiff's "Motion for Rule 26(f) Conference" be, and it hereby is, denied.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Lester Jon Ruston
Register No. 26834-177
Medical Center for
   Federal Prisoners
Post Office Box 4000
Springfield, MO  65801

Joshua T. Raines
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, DC  20530-0001