CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant's Opposition to Plaintiff's "Motion for Rule 26(f) Conference" and proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

> Mr. Lester Jon Ruston
> Register No. 26834-177
> Medical Center for Federal Prisoners
> Post Office Box 4000
> Springfield, MO  65801

on this 11th day of January 2006.

JOSHUA T. RAINES