```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| LESTER JON RUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2314 (RMU) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of plaintiff's Motion for Sanctions, of defendant's opposition thereto, and of the entire record herein, and it appearing to the Court that the denial of plaintiff's motion, pursuant to Rule 11 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2006,

ORDERED that plaintiff's Motion for Sanctions be, and it hereby is, denied.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Lester Jon Ruston  
Register No. 26834-177  
Medical Center for  
  Federal Prisoners  
Post Office Box 4000  
Springfield, MO  65801

Joshua T. Raines  
Attorney-Advisor  
Office of Information and Privacy  
United States Department of Justice  
Flag Building, Suite 570  
Washington, DC  20530-0001