<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Defendant's Opposition to Plaintiff's Motion for Sanctions, with attachment and accompanying proposed order, was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

                    Mr. Lester Jon Ruston
                    Register No. 26834-177
                    Medical Center for Federal Prisoners
                    Post Office Box 4000
                    Springfield, MO  65801

on this 30th day of January 2006.


_____
JOSHUA T. RAINES