UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON                          §

    Petitioner,                        §

vs.                                        §        Civil Action No. 05-2314 (RMU)

BUREAU OF ALCOHOL, TOBACCO, FIREARMS       §
AND EXPOSIVES
650 MASSACHUSETTS AVENUE, NW.              §
WASHINGTON, DC 20226-0001
                                           §
    Defendant,

---

## MOTION FOR SUMMARY JUDGEMENT

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion for Summary Judgement, and would show the Honorable Court as follows:

### I.

Plaintiff re-asserts and fully incorporates all arguments in his original complaint, traverse, affidavit and Judicial Notice of Adjudicative Facts, as if fully set forth below. On or about May of 2004, multiple attempts were made to assault and to murder the Plaintiff in Dallas and Carrollton, Texas, on record. Said acts are a direct result of the allegations of fact set forth in this action. Plaintiff has a right to protect himself, and this information is in the best interest of the "general public" so that they can protect themselves from this type of insane criminal behavior. Further, Plaintiff was "recruiting" for the U.S. Navy in May of 2004 and has been obstructed in this activity by the acts of government officials, in alleged violation of Title 18 U.S.C. § 2388. The Court has a duty under Title 28 U.S.C. § 453 to show allegiance to the United States Constitution and to expose treasonist activity alleged, pursuant to Title 18 U.S.C. § 2382. The Plaintiff has clearly shown that "Special Counsel" is justified, to the multiple allegations of violations of the U.S. Codes Annotated, particularly Title 18 U.S.C. § 241, repeatedly over the last seven years, as a direct result of the allegations of fact regarding Joanna Shropshire.

Defendants have presented the court with "denial", which clearly has the appearance of obstruction of justice, continued. Only a strong message from the Honorable Court can curtail this type of behavior, which has also made a "victim" out of the American Taxpayers.

Wherefore, premises considered, Plaintiff does move the Honorable Court to GRANT this Motion, and ORDER a Summary Judgement for the Plaintiff on all relief requested.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801-4000

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court and counsel for the Defendant on this 28th day of January, 2006, by regular U.S. Mail.

Lester Jon Ruston

JOSHUA T. RAINES
Attorney-Advisor
United States Department of Justice
Office of Information and Privacy
Flag Building, Suite 570
Washington, D.C. 20530-0001

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,                              §

     Petitioner,                               §

vs.                                             §          Civil Action No. 05-2314 RMU

BUREAU OF ALCOHOL, TOBACCO, FIREARMS            §
AND EXPLOSIVES
650 MASSACHUSETTS AVENUE, N.W.                  §
WASHINGTON, D.C. 20226-0001
                                                §
     Defendant,

---

## ORDER

Came on to be heard the Plaintiff's Motion for Summary Judgement. After careful consideration by this Honorable Court of Plaintiff's arguments, Plaintiff's Judicial Notice of Adjudicative Facts and Affidavit, this Honorable Court is of the opinion that this Motion has merit, and be, and hereby is GRANTED. It is therefore, ORDERED that all relief requested by Plaintiff, Lester Jon Ruston is GRANTED.

<br>

_____
UNITED STATES DISTRICT JUDGE

JOSHUA T. RAINES
Attorney-Advisor
United States Department of Justice
Office of Information and Privacy
Flag Building, Suite 570
Washington, D.C. 20530-0001

Counsel for Defendant