```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,             )
                               )
     Plaintiff,                )
                               )
     v.                        )   Civil Action No. 05-2314 (RMU)
                               )
BUREAU OF ALCOHOL, TOBACCO,    )
  FIREARMS AND EXPLOSIVES,     )
                               )
     Defendant.                )
_____)
```

## PRAECIPE

The Clerk of the Court will please note that as of February 13, 2006, the address for Joshua T. Raines, principal counsel for defendant, will be:

> Joshua T. Raines
> Attorney-Advisor
> Office of Information and Privacy
> United States Department of Justice
> 1425 New York Ave., NW, Suite 11050
> Washington, DC  20530-0001

Dated:  February 8, 2006

_____
JOSHUA T. RAINES
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, DC  20530-0001
(202) 307-3997