<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Praecipe was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Lester Jon Ruston
>Register No. 26834-177
>Medical Center for Federal Prisoners
>Post Office Box 4000
>Springfield, MO  65801

on this 8th day of February 2006.

_____
JOSHUA T. RAINES