UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2314 (RMU) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>ORDER</u>

Upon consideration of plaintiff's "Motion for Summary Judgement," of defendant's opposition thereto, and of the entire record herein, and it appearing to the Court that the denial of plaintiff's motion without prejudice, pursuant to Rule 56 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2006,

ORDERED that plaintiff's "Motion for Summary Judgement" be, and it hereby is, denied without prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Lester Jon Ruston
Register No. 26834-177
Medical Center for
  Federal Prisoners
Post Office Box 4000
Springfield, MO  65801

Joshua T. Raines
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, DC  20530-0001