```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,              )
                                )
     Plaintiff,                 )
                                )
     v.                         )  Civil Action No. 05-2314 (RMU)
                                )
BUREAU OF ALCOHOL, TOBACCO,     )
  FIREARMS AND EXPLOSIVES,      )
                                )
     Defendant.                 )
_____)
```

<u>ORDER</u>

Upon consideration of plaintiff's "Motion for Summary Judgement," of defendant's cross-motion thereto, and of the entire record herein, and it appearing to the Court that the granting of defendant's cross-motion to hold plaintiff's motion in abeyance, pursuant to Rule 56 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2006,

ORDERED that defendant's cross-motion to hold plaintiff's "Motion for Summary Judgement" in abeyance be, and it hereby is, granted; and it is further

ORDERED that plaintiff's "Motion for Summary Judgement" be, and it hereby is, held in abeyance pending adjudication of defendant's prospective dispositive motion.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

Copies to:

Mr. Lester Jon Ruston
Register No. 26834-177
Medical Center for Federal Prisoners
Post Office Box 4000
Springfield, MO  65801

Joshua T. Raines
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, DC  20530-0001