<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Defendant's Opposition to Plaintiff's "Motion for Summary Judgement" or, in the Alternative, Motion to Hold in Abeyance, with accompanying proposed orders, was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Lester Jon Ruston
>Register No. 26834-177
>Medical Center for Federal Prisoners
>Post Office Box 4000
>Springfield, MO  65801

on this 8th day of February 2006.

_____
JOSHUA T. RAINES