UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON, § | |
| Plaintiff, § | |
| v. § | Civil Action No. 05-2314 (RMU) |
| BUREAU OF ALCOHOL, TOBACCO, § | |
| FIREARMS AND EXPLOSIVES, § | |
| Defendant, § | |

PLAINTIFF'S TRAVERSE TO DEFENDANT'S OPPOSITION TO MOTION FOR SANCTIONS

Plaintiff commenced this action on November 18, 2005, to establish a "motive" for seven and one half years of alleged "R.I.C.O." Racketeering allegations against Government officials, State and Federal, in Dallas and Collin County, Texas, pursuant to Freedom of Information Act (FOIA), 5 U.S.C. § 552, seeking the release of records of employment of Joanna Shropshire by the Defendant's while she was allegedly engaged in organized crimes against the Plaintiff.

Plaintiff will remind this Honorable Court that "denial" is a river in Egypt, and a symptom of a serious mental illness. As this matter is being litigated in Washington, D.C., and not "Cairo", the Plaintiff is led to believe that counsel for Defendant may be suffering from a serious mental illness, and enjoys insulting the intelligence of this Honorable Court, as well as the Plaintiff, in a continued violation of Title 18 U.S.C. § 2340.

ARGUMENT

Plaintiff filed this "motion" for sanctions as he believes the Defendant's are aiding and abetting organized crime in the North Texas area, in alleged criminal violation of Title 18 U.S.C. § 1961. This "allegation" is based on "fact", supported by clear and compelling evidence. There is nothing "baseless" about these serious allegations.

Defendant's counsel continue to suppress evidence from this Honorable Court and insult the Court's intelligence. With regards to claim of "frivilous", and the attached

"evidence", Plaintiff states that Judge Paul Brown has been recused from hearing matters presented by the Plaintiff by Chief Judge Richard Schell of the Eastern District of Texas. Plaintiff filed to recuse him after insane rulings in the matter Ruston v. Sandoval, which clearly substantiate allegations of "R.I.C.O." Act Title 18 U.S.C. § 1961. (see 4:00-CV-341).

Sandoval is a suspect in a conspiracy to stalk and attempt to murder the Plaintiff. Plaintiff has no idea why Judge Schell allowed Brown to answer this case, or why they are falsely claiming "frivilous", when all allegations of fact are currently under F.B.I. investigations, and are being attacked collaterally by the Plaintiff in Collin County Courts, very "competently".

Defendant's clearly are typical greedy attorneys who want to be paid for doing nothing more than engaging in organized crime. Plaintiff has duly notified his "contacts" in Washington, D.C.. Plaintiff is a skilled and trained private investigator and intelligence "expert", as well as an expert witness against the Justice Department in U.S. v. Ruston, 3:01-CR-178-X dismissed.

Plaintiff has duly filed a Motion for Summary Judgement, due to the continued appearance of wanton obstruction of justice by counsel for the Defendant's, which renders their recent filing "moot", however, Plaintiff believes in telling the truth, particularly when it is in regard to saving human lives from insane people, like the three stooges Wainstein, Lawrence and Raines. Perhaps some military training would help them prevent being lured into an ambush, and tying themselves, on paper with signatures, to organized crime.

## CONCLUSION

Wherefore, premises considered and out of the deepest respect for the Honorable Court's obvious intelligence, Plaintiff would request the Court deny Defendant's Motion and GRANT Plaintiff's Motion for Sanctions.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801-4000

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing traverse and proposed order were provided to the clerk of the court and counsel for the Defendant on the 9th day of February, 2006, by regular U.S. Mail.

Lester Jon Ruston

a.k.a. "The Bruce"

Joshua T. Raines
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530-0001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 05-2314 (RMU) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | § | |
| | § | |
| Defendant | § | |

### ORDER

Upon consideration of Plaintiff's Motion for Sanctions, of the Defendant's opposition and the evidence suppressed by Defendant's in Motion in Opposition, and Plaintiff's "Traverse" to said Motion, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that Plaintiff's Motion has merit, and be, and hereby is **GRANTED**, on this _____ day of _____ 2006.

ORDERED that Plaintiff's Motion for Sanctions be, and it hereby is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Joshua T. Raines
Attorney - Advisor
Office of Information? and Privacy?
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530-0001