UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 05-2314 (RMU) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | § § | |
| Defendant, | § § | |

PLAINTIFF'S ANSWER TO DEFENDANT'S OPPOSITION TO "MOTION FOR SUMMARY JUDGEMENT"

Comes now, Plaintiff, Lester Jon Ruston, who is very "competent", as ruled by multiple "Doctors" on the record, and files this, his answer to Defendant's Opposition to "Motion For Summary Judgement", and would show the Honorable Court as follows:

I.

Plaintiff has filed this case to show "motive" for seven and one half years of organized crime, in alleged violation of Title 18 U.S.C. § 1961 "R.I.C.O." Act, by officials of Dallas and Collin County, both State and Federal.

Further, Plaintiff filed this matter to attempt to uncover who is attempting to murder the Plaintiff, which was attempted, again, in May of 2004. The Justice Dept. is covering up this crime, on the record in U.S. v. Ruston, 3:04-CR-194G by acts of fraud, deceit and misrepresentation, in violation of dozens of State of Texas and Federal Laws.

Plaintiff will remind the Honorable Court that this is the **UNITED STATES OF AMERICA**, and that September 17th is "Constitution Day". It is also the Plaintiff's birthday. Plaintiff was born in the United States of America, which guaranteed the Plaintiff certain rights, pursuant to the U.S. Constitution. The right to liberty, **life** and privacy are among these treasured rights.

Joanna Shropshire violated Plaintiff's right to privacy in the first half of 1998, and Plaintiff has a right to know her motive for filing two false police reports,

-1-

and to know to whom she was "communicating" during this time frame. Plaintiff has probable cause to believe it was Keith Sockwell V, of the Plano Independent School District, where Plaintiff's son had a right to attend without being "Tortured" to death by an insane witch named Katherine King, in criminal violation of Title 18 U.S.C. § 2340. Craig Fugate also had this right, yet is deceased, because of insane attorneys like Joshua T. Raines and J. Timothy Brightman, who are paid to obstruct justice.

Plaintiff has been held in jail for 20½ months without any constitutional rights while the Justice Department attempts to "manufacture" a mental illness to obstruct justice in another murder attempt of the Plaintiff, in criminal violation of Title 18 U.S.C. §§ 1113, 1512 and 1961.

There is nothing "deficient" about the rights accorded American citizens, particularly when our Country is at war, and Plaintiff is obstructed in recruiting for the United States Navy by false documents and false statements, in alleged criminal violation of Title 18 U.S.C. § 2388.

With regards to Defendant's comments about "heresay", Plaintiff responds that Defendant again insults the Court's intelligence as these telephone records were computer generated and are easily substantiated by due diligence. Further, following Plaintiff's telephone call to the switch board operator, an agent of the ATF called Plaintiff's hotel room, for reasons unknown, another computer generated telephone call easily substantiated by due diligence.

Defendant's are clearly only interested in obstructing justice, which justifies the Plaintiff's request for Summary Judgement. In the interest of justice, Plaintiff would move the Honorable Court to GRANT Summary Judgement and deny Defendant's very insulting "Opposition", which continues a criminal violation of Title 18 U.S.C. § 2340 "Torture" by the Justice Department.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801-4000

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 17th day of February, 2006, by regular U.S. Mail, with one copy provided to counsel for the Defendant.

                                   _____
                                   Lester Jon Ruston
                                   a.k.a. "The Bruce"

Joshua T. Raines
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530-0001