UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-2314 (RMU) |
| : | |
| BUREAU OF ALCOHOL, TOBACCO, : | |
| FIREARMS and EXPLOSIVES, : | |
| : | |
| Defendant. : | |

### ORDER

It is this 17th day of February, 2006, hereby

**ORDERED** that the plaintiff's Petition for Judicial Review [#3], Motion for Appointment of Counsel [#6], and Motion for Rule 26(f) Conference [#7] are **DENIED**, and it is further

**ORDERED** that the plaintiff's Motion for Summary Judgment [#13] is **DENIED WITHOUT PREJUDICE** for its failure to comply with Local Civil Rules 7(a), 7(c), and 7(h), and it is further

**ORDERED** that the defendant's motion to hold in abeyance the plaintiff's summary judgment motion [#16] is **DENIED**, and it is further

**ORDERED** that, within 30 days of entry of this Order, the defendant shall file either a dispositive motion, or a proposed schedule governing future proceedings in this action.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge