```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,                )
                                  )
      Plaintiff,                  )
                                  )
      v.                          )  Civil Action No. 05-2314 (RMU)
                                  )
BUREAU OF ALCOHOL, TOBACCO,       )
  FIREARMS AND EXPLOSIVES,        )
                                  )
      Defendant.                  )
_____)
```

### DEFENDANT'S PROPOSED BRIEFING SCHEDULE

Plaintiff commenced this action pro se on November 18, 2005, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 & Supp. II 2002), seeking the release of any records concerning a named person, Joanna Shropshire, that might be maintained by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). On January 28, 2006, plaintiff moved for summary judgment. On February 8, 2006, defendant opposed plaintiff's "Motion for Summary Judgement," and requested the Court to deny it, without prejudice. By Order dated February 17, 2006, the Court denied plaintiff's "Motion for Summary Judgement," without prejudice, and ordered defendant to file a dispositive motion or proposed briefing schedule within thirty days of entry of the Order. Accordingly, defendant now files this proposed briefing schedule.

Because it is highly likely that this case will be resolved by dispositive motion and this case is exempt from the duty-to-confer requirement under Local Civil Rule 16.3(b)(9), defendants

-2-

respectfully propose, subject to the approval of the Court, and consistent with the Court's Order of February 17, 2006, the following briefing schedule:

Defendant would file its motion for summary judgment by April 19, 2006. Plaintiff would file his opposition by May 17, 2006. Defendant would file its reply by June 14, 2006.[1] A proposed scheduling order is submitted herewith.

Respectfully submitted,

KENNETH L. WAINSTEIN
(DC Bar #451058)
United States Attorney

RUDOLPH C. CONTRERAS
(DC Bar #434122)
Assistant United States Attorney

Dated: March 20, 2006

/s/
JOSHUA T. RAINES
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 307-3997

---

[1] Consistent with Local Civil Rule 7(m) and Local Civil Rule 16.3(a), defendant has not discussed this filing with plaintiff, who is incarcerated and appearing pro se.