```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,              )
                                )
      Plaintiff,                )
                                )
      v.                        )  Civil Action No. 05-2314 (RMU)
                                )
BUREAU OF ALCOHOL, TOBACCO,     )
  FIREARMS AND EXPLOSIVES,      )
                                )
      Defendant.                )
_____)
```

## ORDER

Upon consideration of Defendant's Proposed Briefing Schedule, it is by the Court this _____ day of _____ 2006,

ORDERED that defendant shall file its motion for summary judgment on or before April 19, 2006; that plaintiff shall file his opposition on or before May 17, 2006; and that defendant shall file its reply on or before June 14, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Lester Jon Ruston           Joshua T. Raines
Register No. 26834-177          Attorney-Advisor
Medical Center for              Office of Information and Privacy
  Federal Prisoners             United States Department of Justice
Post Office Box 4000            1425 New York Ave., NW, Suite 11050
Springfield, MO  65801          Washington, DC  20530-0001