IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 05-2314 (RMU) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | § § | |
| Defendants, | § | |

NOTICE OF INTENTION TO TAKE DEPOSITION UPON WRITTEN QUESTIONS
RULE 31 FEDERAL RULES OF CIVIL PROCEDURE

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Notice of Intention to Take Depositions Upon Written Questions, and would show the Honorable Court as follows:

I.

Pursuant to Rule 31(a)(1), Plaintiff intends to take deposition of the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives. Said Director may be located at 650 Massachusetts Avenue, NW, Washington, D.C. 20226-0001. Plaintiff is a pre-trial detainee, held without any Constitutional Rights, and does hereby petition the Honorable Court to designate an "officer" before whom said deposition will be taken, pursuant to Rule 31(3)(2). Plaintiff moves the Court to "order" the following questions to be answered, under oath:

1. Did your agency employ a woman named Joanna Shropshire, last known address 4804 Haverwood Lane #921, Dallas, Texas 75287 during the summer of 1998 at the Dallas Office of the ATF?

2. Has your agency been in contact with the Dallas Bureau of the F.B.I. since this litigation was instigated?

3. If the answer to question 2. is yes, to whom have you communicated and for what purpose?

4. Has your agency been in contact with the Dallas Police Department since this litigation was instigated?

-1-

5. If the answer to question 4. is yes, to whom have you communicated and for what purpose?

6. Has your agency been in contact with the Plano Independent School District in Texas since this litigation was instigated?

7. If the answer to question 6. is yes, to whom have you communicated and for what purpose?

8. Has your agency been in contact with the Criminal Investigative Unit of the I.R.S. in Dallas since this litigation was instigated?

9. If the answer to question 8. is yes, to whom have you communicated and for what purpose?

10. Do you acknowledge that filing false police reports and "stalking" violate clearly established State of Texas law, and that conspiracy to violate Constitutional Rights, such as right to privacy, violates Title 18 U.S.C. § 241?

11. Does your agency condone criminal conduct by its employees?

12. Is it the policy of the Bureau of Alcohol, Tobacco, Firearms and Explosives to aid and abett criminal acts?

13. Does your agency acknowledge that aiding and abetting Federal crimes is a criminal violation of Title 18 U.S.C. § 2?

14. Why have you hired attorneys to deny Plaintiff's request for information and requested attorney's fees?

15. Does the Bureau of Alcohol, Tobacco, Firearms and Explosives have an internal affairs investigative unit?

16. Has anyone from the Bureau of Alcohol, Tobacco, Firearms and Explosives investigated this matter, to the best of your knowledge?

17. Does your agency acknowledge that using taxpayers funds for fraudulent purposes constitutes a conspiracy to defraud the Government, in alleged criminal violation of Title 18 U.S.C. § 371?

18. Are you aware that filing false documents to a Federal Court in a Federal matter constitutes a criminal violation of Title 18 U.S.C. § 1001?

Wherefore, premises considered, Plaintiff does file this Notice, pursuant to Rule 31(a)(1) and does move the Honorable Court to "Order" said Deposition, at a time and place to be determined by this Honorable Court, pursuant to Rule 31(b).

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801-4000

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the Court on this 28th day of March, 2006, by regular U.S. Mail. Plaintiff is a indigent pre-trial detainee, and does request assistance with service. One copy of said document was provided to the Defendant's counsel as the address listed below, also by regular U.S. Mail, pursuant to Rule 5 Fed.R.Civ.P. "very competently".

Les J. Ruston "The Bruce"

Joshua T. Raines
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, D.C. 20530-0001
(202) 307-3997

* see Petrus v. Bowen, 833 F.2d 581