```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,              )
                                )
     Plaintiff,                 )
                                )
     v.                         )  Civil Action No. 05-2314 (RMU)
                                )
BUREAU OF ALCOHOL, TOBACCO,     )
  FIREARMS AND EXPLOSIVES,      )
                                )
     Defendant.                 )
_____)
```

ORDER

Upon consideration of plaintiff's "Notice of Intention to Take Deposition Upon Written Questions," of defendant's opposition thereto, and of the entire record herein, and it appearing to the Court that denying plaintiff's motion, pursuant to Rule 31 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2006,

ORDERED that plaintiff's "Notice of Intention to Take Deposition Upon Written Questions" be, and it hereby is, denied.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Lester Jon Ruston            Joshua T. Raines
Register No. 26834-177           Attorney-Advisor
Medical Center for               Office of Information and Privacy
  Federal Prisoners              United States Department of Justice
Post Office Box 4000             1425 New York Ave., NW, Suite 11050
Springfield, MO  65801           Washington, DC  20530-0001