CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant's Opposition to Plaintiff's "Notice of Intention to Take Deposition Under Written Questions" and proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Lester Jon Ruston
>Register No. 26834-177
>Medical Center for Federal Prisoners
>Post Office Box 4000
>Springfield, MO  65801

on this 4th day of April 2006.

                              /s/
                        JOSHUA T. RAINES