## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LESTER JON RUSTON, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 05-2314 (RMU) |
| | : | | |
| BUREAU OF ALCOHOL, TOBACCO, | : | Document No.: | 22 |
| FIREARMS and EXPLOSIVES, | : | | |
| | : | | |
| Defendant. | : | | |

## **ORDER**

It is this 5th day of April, 2006 hereby

**ORDERED** that the parties shall not conduct discovery until the court so orders. The defendant is not required to respond to the plaintiff's "Notice of Intention to Take Deposition Upon Written Questions" [Dkt. #22].

**SO ORDERED**.

RICARDO M. URBINA<br>
United States District Judge