**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

APR 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 05-2314 RMU |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | § | |
| | § | |
| Defendants, | § | |
| | § | |

AMENDED MOTION TO TAKE DEPOSITION UPON WRITTEN QUESTIONS
RULE 31 FEDERAL RULES OF CIVIL PROCEDURE

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Amended Motion to Take Depositions Upon Written Questions, and would repectfully move the Honorable Court as follows:

I.

On or about the 28th day of March, 2006, Plaintiff filed his original Notice of Intention to Take Deposition Upon Written Question. Plaintiff respectfully withdraws this Motion/Notice, as inappropriate, with apologies to the Court and to the counsel for the Defendants. Plaintiff is acting pro-se, and is litigating his first F.O.I.A. suit in this matter, and does not have three Government attorneys to assist him and is working with a .14 budget. The Defendants have an "invisible" eight trillion dollars to work with, so Plaintiff would beg the indulgence of the counsel for the Defendants.

II.

The purpose of the Freedom of Information Act is to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and and to hold the governors acountable to the governed, 5 U.S.C.A. § 552.

III.

Plaintiff is a free lance journalist and investigator who is the victim of serious crimes by officials of the State of Texas and Federal Government. Said crimes began with an act of "stalking" and filing false police reports by a caucasian female named Joanna Shropshire, last known address 4804 Haverwood Lane, #921, Dallas, Texas 75287.

IV.

Plaintiff has probable cause to believe Joanna Shropshire was employed by the Defendants while engaged in serious crimes in Collin County (Dallas), Texas, while an employee of the Federal Government. Plaintiff initiated this action to expose corruption in Dallas and Collin County, Texas, his statutory right pursuant to 5 U.S.C.A. § 552

V.

The Defendants in this litigation has refused to even verify whether they have made any search whatsoever in this matter, pursuant to their obligation under Title 5 U.S.C. § 552. Plaintiff is currently detained on a perjured affidavit from a Secret Service Agent who has admitted to a conspiracy with Collin County, Texas officials, and Plaintiff has been denied all his constitutional rights under the 1st, 4th, 5th, 6th, 8th, and 14th Amendments to the U.S. Constitution for over 22 months, due to an insane liar named Jeffrey Don Elmore, who attempted same fraud in 2001 (see U.S. v. Ruston, 3:01-CR-178-X Northern District of Texas, Dallas Division, dismissed). Plaintiff has probable cause to believe Elmore was "ordered" to commit this fraud as a direct result of the actions of Joanna Shropshire, to obstruct justice for an alleged R.I.C.O. Racketeering "mafia" operating in Washington, D.C. and North Texas.

VI.

In the matter **Judicial Watch, Inc. v. Export-Import Bank**, 108 F.Supp 2d 19, the Court ruled that "discovery" was appropriate in litigation under the F.O.I.A. when the Plaintiff can raise sufficient question as to the agency's good faith in processing or in its search. In this matter, Defendants have shown no good faith in processing, and have failed to even show that a seach ever took place, while Plaintiff has provided the Court probable cause to show an organized criminal conspiracy in violation of multiple federal laws under the United States Code Annotated, most notably Title 18 U.S.C. § 241, which is ongoing as a direct result of actions of Joanna Shropshire, and unknown co-conspirators ( and known co-conspirators). Plaintiff would move the Honorable Court "order" the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives to answer the follow-ing proposed questions, pursuant to Rule 31(a)(1). Said Director can be located at

650 Massachusetts Avenue, NW, Washington, D.C. 20226-0001. Plaintiff is a pre-trial civil detainee, held without any constitutional rights, and does hereby petition the Honorable Court to designate an "officer" before whom said deposition will be taken, pursuant to Rule 31(3)(2). Plaintiff moves this Honorable Court to "order" the following questions to be answered, under oath:

1.    Has your agency conducted any "search" for employment records of Joanna Shropshire, allegedly employed by your agency in the Dallas, Texas field office during the summer of 1998, last known address 4804 Haverwood Lane #921, Dallas, Texas 75287?

2.    Why have you refused to confirm or deny the existence of any such records?

3.    Has your agency found any "records" on which the name Joanna Shropshire was found, which confirm she was employed by your agency during the summer of 1998?

4.    Why have you refused to provide a "Vaughn Index" as set forth in Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973)?

5.    Does your agency acknowledge the right of American citizens to be informed of alleged government corruption as required by Title 5 U.S.C. § 552?

6.    Do you believe persons involved in organized crime have a right to "personal privacy" and is this the reason you refuse to confirm of deny the exitence of any employment records of a caucasian female named Joanna Shropshire?

Wherefore, premises considered, Plaintiff does file this Amended Motion to Take Deposition Upon Written Questions Rule 31(a)(1) Fed.R.Civ.P. and does move this Honorable Court to "order" said deposition, at a time and place to be determined by this Honorable Court, pursuant to Rule 31(b).

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801-4000

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 18th day of April, 2006, by regular U.S. Mail. One copy of said document was provided to the Defendant's counsel at the address listed below, also by regular U.S. Mail, pursuant to Rule 5 Fed.R.Civ.P. "very competently".

Les J. Ruston    a.k.a. "The Bruce"

Joshua T. Raines
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, D.C.   20530-0001
(202)  307-3997