FROM THE DESK OF LES J. RUSTON

07-25-05P12:09 RCVD
22-Aug-05
05-1379
JP

July 5, 2005

Bureau of Alcohol, Tobacco, Firearms & Explosives
Attn. FOIA Request
650 Massacusetts Ave. N.W.
Washington, D.C. 20510

FREEDOM OF INFORMATION AND PRIVACY ACT REQUEST

Pursuant to Title 5, United States Code, Section 552 and 552(a), the undersigned respectfully requests the following information from your agency.

1. All official and unofficial records, documents, and/or data contained in the files of your agency with regards to an employee of the Bureau of Alcohol, Tobacco, Firearms & Explosives named Joanna Shropshire, who would have been employed at the Dallas Field Office, located at 1100 Commerce Street, Dallas, Texas 75242, last known address as of May of 1998, 4804 Haverwood Lane #921, Dallas, Texas 75287.

2 Pursuant to Title 5, U.S.C. (a)(6)(A)(i), it is noted that your agency has Twenty working days (20) following receipt of this request to provide the material, records or information requested. Should any reasonable delay be occasioned, it is requested that your agency inform requestor of the delay and the date as to when this request will be acted upon.

3. A fee waiver is requested, as this information benefits the "General Public". Joanna Shropshire is a "stalker", who engaged in organized criminal activity, while allegedly employed by your organization, including aiding and abetting a conspiracy to misappropriate taxpayers funds and filing false police reports with the Dallas Police Department in May of 1998, shortly before moving.

4. Your agency is advised that investigation reports in toto, are no longer accorded exempt status unless under the specific exemptions noted, and only with reference to specific exemptions or citations or authority. Paton v. LaPrade, 524 F.2d 862, 868-869, (3rd Cir. 1975), inclusive and updates.

5. If is further requested that your agency in response to the material requested, specifically inform when and to whom the file and/or the material contained therein has been released to any indentifiable individual or agency. Their name, title, purpose and need for the requested information. The date of release, the specific material released, the person within your agency releasing the material and the specific reference to authority, statute or regulation governing such release. (5 U.S.C. 522(a)(1), Paton v. LaPrade, Supra., Tarleton v. Saxbe, Supra., Linda R.S. v. Rich D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d 536, (1973).

Sincerely,

Lester Jon Ruston #26834-177
S.S. #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
P.O. Box 4000
Springfield, Missouri 65801

CERTIFICATE OF IDENTITY

Privacy Act Statement; in accordance with 28 CFR Section 16.41, personal data to identify the individual submitting requests by mail under the Privacy Act of 1975, 5 U.S.C. section 552(a), is required.

Full name of requestor:                    Lester Jon Ruston Reg. No. 26834-177
Current temp. address:                     P.O. Box 4000
                                           Springfield, Missouri 65801-4000
dob: 9-17-57                               p.o.b. Salt Lake City, Utah

AFFIDAVIT OF LESTER JON RUSTON TO A.T.F.

My name is Lester Jon Ruston. I am over the age of 18 and am competent to make the following declaration. Affiant is the Defendant in Plano ISD v. Ruston, 380-786-98 in the District Court 380, Collin County, Texas. Affiant was a resident of the Haverly Place Apartments, 4804 Haverwood Lane #912, Dallas, Texas 75287, during May of 1998, when Affiant made "stalking" allegations against Joanna Shropshire, whom Affiant has probable cause to believe was an employee of the ATF, and engaged in organized criminal activity with Keith Sockwell V, former Deputy Superintendent of Plano ISD, whom Affiant alleges "planted" Joanna Shropshire in Apartment #921, to "stalk" Affiant and file false police reports against Affiant, in retaliation for "investigations" Affiant is conducting on Plano ISD and Collin County. Affiant is a private investigator and freelance investigative journalist.

Copies of Shropshires false police reports have been provided to the Affiant by Lt. Larry Wesson of the Dallas Police Department. Said false police reports were then provided to Special Agent Danielle Aleman of the Dallas F.B.I., along with a conspiracy complaint, under Title 18 § 241 U.S.C. against Plano ISD and an attorney named J. Timothy Brightman.

In May of 2004, an unknown African-American male attempted to murder the Affiant. Affiant alleges it is "retaliation" for Affiant's investigations. Said "fact" is a matter of record with the Attorney General's Office in Washington, D.C., Dallas F.B.I. and the Dallas Police Department.

Joanna Shropshire is a suspect, as is an unknown caucasian male who lived with her in Apartment #921, and "stalked" Affiant, repeatedly, following their quick move out of Apartment #921. Said allegations were reported to Lt. Bill Humphrey and his detectives of the North Central Sub-Station of the Dallas Police Department, associates of the Affiant.

Also listed as a suspect in this conspirac to commit attempted murder is Carrollton Police Detective Gary Fernandez, who has conspired with J. Timothy Brightman, on the record, repeatedly during the past seven years, along with Affiant's sister, Allison E. Smith, last known address 2031 Greenwood, Carrollton, Texas 75006.

Said allegations of fact are a matter of F.B.I. file # 89B-DL-101826. Affiant made contact with ATF employees by telephone, in 2001, and confirmed Joanna Shropshire was a "secretary" with the ATF in Downtown, Dallas, as listed in their employee directory.

All allegations of fact contained herein are true and correct, to the best of Affiant's knowledge and the information provided to the Affiant as listed herein, sworn to under penalty of perjury with Affiant's signature affixed, pursuant to Title 28 § 1746 U.S.C. Further, Affiant sayeth naught:

Lester Jon Ruston-Affiant
7-05-05

**U. S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Correspondence Approval and Clearance

JUL 26 2005

100060-JMP

Mr. Lester J. Ruston
Reg. No. #26834-177
F.C.I. Springfield
P.O. Box 4000
Springfield, MO 65801

Dear Mr. Ruston:

This is to acknowledge your Freedom of Information Act (FOIA) request to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

Your request was received on July 25, 2005, and has been assigned number 05-1379; a response will be mailed to you within 20 (twenty) business days from the date of receipt.

Sincerely yours,

April Sands
Disclosure Assistant

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
| Surname | | | | | | | |
| Date | | | | | | | |

ATF Form 9310. 3A
Revised May 1 2004

*U.S. GPO: 2004—304-380/82603

**U. S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Correspondence Approval and Clearance**

AUG - 8 2005

REFER TO: 05-1379:JMP
100060

Mr. Lester Jon Ruston
Reg. No. 26834-177
Federal Correctional Institution
 Springfield
Post Office Box 4000
Springfield, Missouri 65801-4000

Dear Mr. Ruston:

This letter is in response to your Freedom of Information Act (FOIA) request for access to information you believe is maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) regarding Ms. Joanna Shropshire.

The Privacy Act, Title 5 U.S.C. 552a, prohibits a Federal agency from releasing an individual's privacy act record to a third party requester without prior written consent from the subject of the record. Furthermore, the mere fact that an individual's name may be mentioned in an investigatory file could carry stigmatizing implications that could reasonably be expected to cause unwarranted invasion of personal privacy. Therefore, unless the subject of record is deceased or provides a waiver of privacy rights we are denying your request by using the "Glomarization" response under FOIA exemption (b)(7)(C) – refusing to either confirm or deny that records exist on the individual you have named. Consequently, your request is denied.

However, if you provide proof of death or written notarized authorization from the subject of the record, we will initiate a search for records.

If you deem this response to be a denial, you have the right to appeal by writing to the Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, DC 20530-0001. Your letter must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records, and include the "REFER TO" number that appears at the upper right of this letter. Your letter of appeal should state any arguments in support thereof.

Sincerely,

**Jessie M. Price**

(Signed)

Jessie M. Price
Disclosure Specialist

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
| | 100060 | 100060 | | | | | |
| Surname | Price | MP3 | | | | | |
| Date | 8/8/05 | 8/8/05 | | | | | |

ATF Form 9310. 3A
Revised May 1 2004

*U.S. GPO: 2004—304-380/82603

FROM THE DESK OF LES J. RUSTON

August 15, 2005

Office of Information and Privacy
U.S. Department of Justice (Not Just Us)
Flag Building, Suite 570
Washington, D.C. 20530-0001

OFFICE OF INFORMATION
AND PRIVACY

AUG 2 5 2005

RECEIVED

NOTICE OF APPEAL

To whom it may concern,

I wish to file this timely notice of appeal of the denial of 05-1379:JMP 100060, filed by Lester Jon Ruston to the Bureau of Alcohol, Tobacco, Firearms & Explosives. Said denial was by Jessie M. Price, Disclosure Specialist.

Denial was due to statement "mere fact that an individual's name may be mentioned in an investigatory file could carry stigmatizing implications" is wrongful and merely to obstruct justice.

Said request was for all files of Joanna Shropshire, last known address 4804 Haverwood Lane #921, Dallas, Texas 75287, who was allegedly a clerical employee of the ATF in the Dallas Field Office, engaged in organized criminal activity. Said criminal acts were perpetrated against the requester. Shropshire's alleged employment was confirmed by a switchboard operator, stating she was a "secretary" at their downtown office. Her false police reports to the Dallas Police were provided to the requester, Lester Jon Ruston, by Lt. Larry Wesson of the Dallas Police Department. Stalking charges were filed against her by Mr. Ruston, the requester, with the Dallas Police Department, Lt. Alan Bull. Further, conspiracy charges were filed against her (a complaint) to Special Agent Danielle Aleman of the F.B.I.

Her criminal conspiracy to violate the privacy rights of the requester are a matter of civil record in Plano ISD v. Ruston, 380-786-98, Collin County, Texas. She was allegedly hired to "stalk" the defendant, to conspire to aid and abett a criminal enterprise operated by Keith Sockwell V, former Deputy Superintendent of Plano ISD (see F.B.I. file 89B-D1-101826).

The denial of this request is to obstruct justice and cover up the fact that the ATF is allowing criminal activity by low level personnel, which the general

public has a right to know. Taxpayers funds have been spent obstructing her criminal activity.

Further, requester does ask that all her records in the possession of the AFT be forwarded to Lt. Bill Humphrey of the Dallas Police Department at 6969 McCallum Road, Dallas, Texas 75252 and F.B.I. Special Agent Danielle Aleman at 1 Justice Way, Dallas, Texas 75225, pursuant to Title 5 § 552(a) (b) (7), with a copy of this letter.

Sincerely,

Les J. Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801



# U.S. Department of Justice

Office of Information and Privacy



*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 3 1 2005

Mr. Les J. Ruston
Register No. 26834-177
Federal Medical Center
P.O. Box 4000
Springfield, MO 65801

    Re: Request No. 05-1379

Dear Mr. Ruston:

    This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on your request for information from the files of the Department of Justice was received by this Office on August 25, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2640**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                                      Sincerely,

                                      Priscilla Jones
                                      Chief, Administrative Staff

ATF



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642      Washington, D.C. 20530

SEP 2 6 2005

Mr. Les J. Ruston
Register No. 26834-177
Federal Medical Center          Re:  Appeal No. 05-2640
Post Office Box 4000                 Request No. 05-1379
Springfield, MO  65801               RLH:KAM

Dear Mr. Ruston:

You appealed from the action of the Bureau of Alcohol, Tobacco, Firearms and Explosives on your request for access to records concerning Joanna Shropshire.

After carefully considering your appeal, I have decided to affirm the action of the ATF in refusing to confirm or deny the existence of the records you requested. Without an individual's consent, proof of death, official acknowledgment of an investigation, or an overriding public interest, confirming or denying the existence of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy.  See 5 U.S.C. § 552(b)(7)(C).

If you are dissatisfied with my action on this appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,


Richard L. Huff
Co-Director

ATF

Room 701
1114 Commerce Street
Dallas, Texas 75242

September 18, 2000

CC:DA:63105
REW

Les J. Ruston
Penguin Enterprises Unlimited
P.O. Box 703853
Dallas, Texas 75370

Dear Mr. Ruston:

Reference is made to your letter of September 6, 2000 to this office requesting, under the Freedom of Information Act, copies of any documents which list the address of Joanna Shropshire.

Please be advised that we have forwarded your request to the Chief, Disclosure Division, as that Division handles all Freedom of Information Act requests submitted to the Bureau.

However, please be advised that although you referenced "Joanna Shropshire of your staff" in your letter, the Bureau does not have a Joanna Shropshire in its employment.

Sincerely yours,

Jimmy Wooten
Division Director