```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,              )
                                )
     Plaintiff,                 )
                                )
     v.                         )   Civil Action No. 05-2314 (RMU)
                                )
BUREAU OF ALCOHOL, TOBACCO,     )
  FIREARMS AND EXPLOSIVES,      )
                                )
     Defendant.                 )
                                )
```

ORDER

Upon consideration of Defendant's Motion for Summary Judgment, of all papers filed with respect thereto, and of the entire record herein, and it appearing to the Court that the granting of defendant's motion, pursuant to Rule 56 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2006,

ORDERED that Defendant's Motion for Summary Judgment be, and it hereby is, granted; and it is further

ORDERED that this action be, and it hereby is, dismissed.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Mr. Lester Jon Ruston<br>Register No. 26834-177<br>Medical Center for<br>  Federal Prisoners<br>Post Office Box 4000<br>Springfield, MO  65801 | Joshua T. Raines<br>Attorney-Advisor<br>Office of Information and Privacy<br>United States Department of Justice<br>1425 New York Ave., NW, Suite 11050<br>Washington, DC  20530-0001 |