CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant's Motion for Summary Judgment, Defendant's Statement of Material Facts as to Which There is No Genuine Issue, Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment, declaration, exhibits, and proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Lester Jon Ruston
>Register No. 26834-177
>Medical Center for Federal Prisoners
>Post Office Box 4000
>Springfield, MO  65801

on this 19th day of April 2006.

```
                                    /s/
                         JOSHUA T. RAINES
```