<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

> Mr. Lester Jon Ruston
> Register No. 26834-177
> Medical Center for Federal Prisoners
> Post Office Box 4000
> Springfield, MO 65801

on this 16th day of May 2006.

                                            /s/
                              JOSHUA T. RAINES