IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LESTER JON RUSTON, §

    Plaintiff, §

vs. §   Civil Action No. 05-2314 (RMU)

BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES, §

    Defendants, §

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Honorable Court's May 17th, 2006 "order", the Plaintiff does file this Affidavit of "fact", with regards to Defendant's Motion For Summary Judgment. Affiant is over the age of 18 and is competent to make the following declaration, as clearly ruled by multiple expert witnesses, whom are PHD's in psychology and psychiatry, and have **not been tampered with by the Defendant**. Affiant believes he has a right to relief from this Court, as a matter of law, as clearly set forth in Title 18 U.S.C. § 3771, as the Affiant/Plaintiff is the victim of a criminal conspiracy by multiple Government officials, both State and Federal. Title 18 U.S.C. §§ 3771 and 3521 are clear and irrefutable rights, written by Congress, which the Plaintiff has been denied to this filing. Defendants are a law enforcement agency, and part of the United States Department of Justice. It is not the normal operations of the United States Department of Justice to commit nor aid and abett criminal acts. Plaintiff has probable cause to believe the Defendants have information regarding Joanna Shropshire, and Plaintiff has an absolute right to this information, pursuant to Title 18 U.S.C. § 3771(a)(1)(2), which the Defendants are obstructing in this action. Title 5 U.S.C. § 552 & 552(a) were written into law to governors accountable to the governed, which justifies Plaintiff's Opposition to Defendant's Motion for Summary Judgment, as a matter of law. All allegations of "fact" contained in this affidavit are true and correct, to the best of Affiant's knowledge, and State of Texas and Federal records, sworn to under penalty of law with Affiant's signature affixed, pursuant to Title 28 U.S.C. § 1746 and Rule 65 Fed.R.Civ.P.

Dated: 6-19-06          _____ Les J. Ruston-Declarant

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing affidavit was provided to the clerk of the court on this 24th day of June, 2006, by regular U.S. Mail, with one copy provided to counsel for the Defense at the address listed below, also by regular U.S. Mail, pursuant to Rule 5 Fed.R.Civ.P.

_____
Les J. Ruston

Joshua T. Raines
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, D.C. 20530-0001