**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| LESTER JON RUSTON, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 05-2314 (RMU) |
| | : | | |
| BUREAU OF ALCOHOL, TOBACCO, | : | Document No.: | 26, 31 |
| FIREARMS and EXPLOSIVES, | : | | |
| | : | | |
| Defendant. | : | | |

<u>**ORDER**</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's amended motion for summary judgment [Dkt. #31] is

**DENIED**, and that defendant's motion for summary judgment [Dkt. #26] is **GRANTED**.  It is

further

**ORDERED** that **JUDGMENT** shall be entered for defendant.  This is a final appealable

Order.  Fed. R. App. P. 4(a).

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge